IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cr-00121-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JEFFREY WARREN JOHNSON,

    Defendant.

___

**ORDER ACCEPTING WAIVER OF APPEARANCE
AND PLEA OF NOT GUILTY.**

___

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

    Defendant Jeffrey Warren Johnson has filed a Motion to Waive Appearance and Accept Plea of Guilty (Docket #62), and the motion has been referred to this Court for consideration (Docket #64).  Defendant has been charged on Superseding Indictment (Docket #54).  Pursuant to Fed.R.Crim,P. 10(b), he requests that he be allowed to waive appearance at his re-arraignment scheduled for June 16, 2006, at 10:00 a.m., and that the Court accept his pleas of not guilty.

    Based on the motion, and the entire record herein, I find as follows:

1.     The Defendant has been charged in a Superseding Indictment filed in this Court on June 7, 2006;

2.     The Defendant has filed a written waiver, which is signed by himself and his counsel, in which he has waived appearance at a re-arraignment on the Superseding Indictment;

3.     The Defendant and his counsel represent that the Defendant has received a copy of the Superseding Indictment, and that Defendant has reviewed it; and

4.     The Defendant, who has benefit of counsel, represents that he maintains a plea of not guilty to all counts in which he is named in the Superseding Indictment.

    Additionally, due to the expediency of this matter, the office of the United States Attorney orally indicated no objection to the waiver.  *See* FED.R.CRIM.P. 10, Notes of Advisory Committee on Rules, 2002 Amendment ("It might also be appropriate to reject a requested waiver where an attorney for the government presents reasons for requiring the defendant to appear personally.").

2

Accordingly, it is hereby ORDERED that Defendant Jeffrey Warren Johnson's Motion to Waive Appearance and Accept Plea of Not Guilty [Filed June 13, 2006; Docket #62] is **granted**. Defendant Johnson's waiver of appearance is **accepted** by the Court and pleas of not guilty to Counts 1, 5, 6, 7, 8, 9, and any other count in which Defendant Jeffrey Warren Johnson is named in the Superseding Indictment are hereby entered in the record.

It is further ORDERED that based upon the Court's acceptance of the waiver, neither the Defendant Jeffrey Warren Johnson nor his counsel shall be required to personally appear at the re-arraignment scheduled in this matter for June 16, 2006, at 10:00 a.m.

Dated at Denver, Colorado, this 15th day of June, 2006.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge