IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  06-cr-00121-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.      JEFFREY WARREN JOHNSON,

        Defendant.

_____

ORDER
_____

      For the reasons stated on the record during the June 22, 2006 hearing, it is ORDERED that:

1) Mr. Johnson's Motion for Discovery (Docket # 35) is GRANTED; his Motion for a *James* hearing (Docket # 41) is GRANTED in part and DENIED in part; the Government shall disclose all Rule 404(b) and Rule 608 evidence and produce reports of all co-conspirator statements at least 30 days before trial; the Government shall file its *James* proffer on or before July 21, 2006; the Government shall produce the requested grand jury transcripts;

2) Mr. Johnson's Motion for Disclosure of Confidential Informants (Docket # 37) is DENIED as moot;

3) Mr. Johnson's Motion for Disclosure of *Giglio* Information (Docket # 38) is DENIED as to the addresses of the Government's witnesses and in all other respects is GRANTED;

4) Mr. Johnson's Motion for Disclosure of Impeachment Evidence Regarding Government Informants (Docket # 39) is DENIED as moot;

5) Mr. Johnson's Request for Notice of Government's Intent to Use Evidence (Docket # 42) is DENIED as moot;

6) Mr. Johnson's Motion for Relief from Prejudicial Joinder and for Severance (Docket # 31) and Motion to Suppress Co-defendants' Post-arrest Statements (Docket # 40) are DENIED as moot;

7) Mr. Johnson shall on or before June 30, 2006 reply, setting forth all disputed facts, to the Government's response to his Motion to Suppress Statements (Docket # 36);

8) the Government shall on or before June 30, 2006 respond to Mr. Johnson's Motion to Dismiss Counts 1, 7, 8, & 9 for Insufficiency or in the Alternative for a Bill of Particulars (Docket # 68); and

9) a further status and scheduling hearing shall occur on **Friday, July 7, 2006 at 3:30 P.M.**

Dated: June   22  , 2006, in Denver, Colorado.

BY THE COURT:

　s/Lewis T. Babcock　
Lewis T. Babcock, Chief Judge